FILED
4/9/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint AUSA Nina Ruvinsky (312) 886-5966

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MYLES THORPE

CASE NUMBER: 26-CR-162

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about April 8, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18, United States Code, Section 2113(a) | by force and violence, and by intimidation, taking from the person or presence of a bank employee money belonging to, and in the care, custody, control, management, and possession of Chase Bank located at 5715 N. Broadway, Chicago, Illinois 60660, the deposits of which were then insured by the Federal Deposit Insurance Company. |

This criminal complaint is based upon these facts:

X Continued on the attached sheet.

Maria Dill
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 9, 2026

*Judge's signature*

City and state: Chicago, Illinois

YOUNG B. KIM, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, MARIA DILL, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since August 2020. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that MYLES THORPE ("THORPE") has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging THORPE with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, interviews of bank employees and witnesses, review of documents provided by bank personnel and other witnesses, review of license plate reader data, review of Chicago "Police Observation Device (POD)" camera video footage, review of the banks' video surveillance images, and review of surveillance footage from the banks and a nearby third-party business.

## FACTS SUPPORTING PROBABLE CAUSE

### *I. Summary of Probable Cause*

4. As detailed below, on April 8, 2026, MYLES THORPE committed two bank robberies at two separate Chase Bank branches in Chicago, Illinois at approximately 12:11 p.m. and approximately 3:31 p.m., respectively. THORPE was identified as the robber of both banks through a variety of means. According to security camera footage and witness statements, THORPE fled the first bank robbery in a maroon Nissan Altima with license plate number FP288000 (the "Subject Vehicle"). The Subject Vehicle is registered to the Enterprise rental car company and, at the time of the robbery, was rented by Individual A, a family member of THORPE. Individual A identified THORPE as the robber in the first bank robbery and stated that THORPE had taken the Subject Vehicle from him/her the day before. Hours later, THORPE committed the second bank robbery, and a bank security guard chased THORPE on foot as he fled the second bank. The security guard observed THORPE enter and flee in the Subject Vehicle. The security guard also recovered THORPE's shoes, which fell off during the foot chase, and which are consistent with the shoes worn by THORPE during both bank robberies, as observed on security footage. THORPE was arrested approximately an hour later, in Hammond, Indiana, in the Subject Vehicle after he refused to stop and led officers in a car chase. United States currency was recovered from THORPE's person upon his arrest.

## II. *Bank Robbery 1 at 5715 N. Broadway in Chicago*

5. According to Chase Bank security footage and interviews with victims and witnesses, on April 8, 2026, at approximately 12:06 p.m., a Black male subject, later identified as THORPE, entered the Chase Bank branch located at 5715 N. Broadway, Chicago, Illinois 60660 ("Bank 1"), and approached the customer workstation containing deposit and withdrawal slips. THORPE took a withdrawal slip from one of the cubbies and wrote on it.

6. Based on my review of Bank 1's security footage, THORPE is wearing a white, long-sleeve shirt, grey pants, and beige shoes.

7. Based on review of Bank 1's security footage, over the next few minutes, THORPE waited in the teller line, although he left from the line multiple times to continue writing on the slip. According to Bank 1's security footage, at approximately 12:10 p.m., THORPE approached a bank teller ("Teller 1") and passed a paper to Teller 1.

8. THORPE left Demand Note 1 behind at Bank 1, where it was subsequently collected by investigators. On the slip, THORPE wrote: "This is Robbery I have Gun" and "20, 50, 100," in addition to other illegible writing and possibly his signature. A photo of the withdrawal slip ("Demand Note 1") is below:




9. According to Bank 1's security footage, Teller 1 looked at Demand Note 1, left it on the counter, grabbed an envelope, dispensed money from a machine, placed the money in the envelope, and passed the envelope to THORPE. At approximately 12:12p.m., THORPE fled from Bank 1, leaving Demand Note 1 behind.

10. Still photos taken from Bank 1's security footage, below, show THORPE at the window for Teller 1 at approximately 12:11 p.m., then exiting Bank 1 with the envelope in hand at approximately 12:12 p.m.

**Digital Video Snapshot**
Recorder: IL - Chicago - Edgewater Broadway - 5715 N Broadway St - 153256 - 4467 -DVR-3298
Camera Name: 1.4 Teller #1
Time: 2026-04-08 12:11:24 PM (UTC-05:00) Central Daylight Time



**Digital Video Snapshot**
Recorder: IL - Chicago - Edgewater Broadway - 5715 N Broadway St - 153256 - 4467 -DVR-3298
Camera Name: 1.2 Front Exit Right
Time: 2026-04-08 12:12:05 PM (UTC-05:00) Central Daylight Time



11. As part of the investigation, responding officers interviewed Teller 1. According to Teller 1, the language of Demand Note 1 made it immediately apparent to Teller 1 that Bank 1 was being robbed. Teller 1 described THORPE as a Black male, approximately 5'10" in height, of medium slender build, with a tattoo on the right side of his face, facial hair, a short fade haircut described as a "sponge curl," wearing a white long-sleeve shirt.

12. As part of the investigation, CPD officers obtained security footage from the Shell gas station that is immediately south of and adjacent to Bank 1 and has a shared parking lot with Bank 1. Review of the Shell's security footage from April 8, 2026 showed an individual matching THORPE's description entering the driver's side of a maroon Nissan Altima with license plate number FP288000 (the "Subject Vehicle") that was parked at the Shell gas station and driving away. The time stamp on this video is 12:08 p.m. According to the CPD officers who obtained the security footage from the Shell, the video time stamp was approximately four minutes slow, meaning that the actual time THORPE entered the Subject Vehicle was approximately 12:12 p.m. Cropped stills from that security footage, showing THORPE entering the Subject Vehicle and driving away, are below.










13. According to a preliminary audit, Bank 1 lost approximately $100.00 as a result of THORPE's robbery of Bank 1.

14. According to Bank 1's FDIC certificate, the deposits of Bank 1 were insured by the Federal Deposit Insurance Corporation ("FDIC") at the time of the bank robbery.

### III. *Bank Robbery 2 at 9138 S. Commercial Ave, Chicago*

15. On or about April 8, 2026, at approximately 3:30 p.m., according to bank security footage and interviews with victims and witnesses, a Black male subject now known to be THORPE entered the Chase Bank located at 9138 S. Commercial Ave, Chicago, Illinois 60617 ("Bank 2"). Based on review of Bank 2's security footage, THORPE was dressed in a bright yellow t-shirt with a logo on the chest, grey pants, beige shoes, and had sunglasses on his head. At approximately 3:31 p.m., THORPE approached the teller window closest to the front of the bank but the bank employee occupying that workstation redirected him to another window. Following that direction, THORPE approached the middle of the five teller windows, where a bank teller was stationed ("Teller 2").

16. According to Bank 2's security footage, THORPE approached Teller 2's window at approximately 3:31 p.m., set what appeared to be a green and white box of cigarettes on the counter, then passed Teller 2 a note. The note was a Chase withdrawal slip (hereinafter "Demand Note 2"). THORPE passed Demand Note 2 to Teller 2, which said: "I have Gun [sic]" followed by something illegible, possibly "Give All." Demand Note 2 also contained a signature in the signature block, and "$3,000" written in the total amount field. THORPE left Demand Note 2 behind at Bank 2, where it was subsequently collected by investigators. The note is pictured below.



CHASE WITHDRAWAL/RETIRO

CHECKING ☐
SAVINGS ☐

Today's Date/Fecha | Customer Name *(Please Print)*/Nombre del cliente *(en letra de molde)* | R/T 500001017

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

N13063-CH (Rev. 08/22) 50117289 07/25

I have Gun Give All

X Customer Signature/Firma del cliente

Start your account number here/
▼ Empiece su número de cuenta aquí

AMOUNT/CANTIDAD

TOTAL $ 3,000

WITHDRAWAL/RETIRO

⑈0658225919⑈ ⑆500001017⑆

17. At approximately 3:32 p.m., according to bank security footage, Teller 2 passed THORPE a stack of cash, and THORPE fled Bank 2 with the cash. Below are stills from Bank 2's security footage showing THORPE at Teller 2's window during the robbery.




2.2 Teller #3 - 2026-04-08 15:31:53


1.2 Main Exit Right - 2026-04-08 15:31:22

18. As part of the investigation, law enforcement officers interviewed Teller 2. According to Teller 2, after s/he read Demand Note 2, THORPE demanded Teller 2 something to the effect of "give me the money." According to Teller 2, Teller 2 opened Teller 2's drawer and gave THORPE cash to get him out of Bank 2 quickly. Teller 2 stated s/he was concerned for other employees and customers present at Bank 2, who were not protected by the bulletproof partition at the teller window, like Teller 2 was at the time.

19. According to Teller 2, when THORPE fled Bank 2 on foot, Teller 2 immediately told Bank 2's security guard that they had just been robbed, and the security guard pursued THORPE on foot.

20. According to an interview with Bank 2's security guard ("Security Guard 1"), Security Guard 1 pursued THORPE to a location where he observed THORPE enter a burgundy Nissan sedan and drive away. Security Guard 1 was able to observe the license plate for the vehicle and, according to Security Guard 1 the license plate was "FP288000." As detailed above, this is the same license plate number as the Subject Vehicle.

21. Additionally, Security Guard 1 collected a pair of shoes that THORPE had been wearing inside Bank 2 but had lost during the foot pursuit. Below is a security camera still shot from Bank 2 showing THORPE with his shoes visible inside Bank 2, followed by a photograph of the shoes collected by Security Guard 1 following the foot chase, which Security Guard 1 later provided to investigators.


1.2 Main Exit Right - 2026-04-08 15:31:27



22. Teller 2 described THORPE as a Black male, approximately 6' in height at most, roughly 28-35 years old, of slim/medium build, with his hair in short, knotted locks, with possibly a tattoo or scar on his face, with bloodshot eyes that made him seem intoxicated, wearing a yellow shirt and grey pants.

23. Teller 2 reported that s/he feared for her life during the robbery, due to the statement on Demand Note 2 that THORPE had a gun, Teller 2's belief that she may have seen the imprint of a gun on THORPE's waistband, and Teller 2's belief that THORPE may have been intoxicated.

24. According to a preliminary audit, Bank 2 lost approximately $6,984.00 as a result of this bank robbery.

25. According to Bank 2's FDIC certificate, Bank 2's deposits were insured by the Federal Deposit Insurance Corporation (FDIC") at the time of the bank robbery.

### *IV. Identification of the Subject Vehicle and MYLES THORPE*

26. CPD officers who responded to the robbery of Bank 1 determined that the Subject Vehicle that THORPE entered after robbing Bank 1, had a registered owner of Enterprise Rent-A-Car. According to Enterprise Rent-A-Car, on April 8, 2026, the Subject Vehicle had been rented to Individual A.

27. Shortly after Bank 1 was robbed, on April 8, 2026, FBI investigators interviewed Individual A. FBI investigators showed Individual A a photograph of the bank robber, taken from Bank 1's security footage, and a photograph of the Subject Vehicle, taken from license plate reader (LPR) data. Those photographs are below.






28. Individual A identified the individual from Bank 1's security footage as his/her family member, MYLES THORPE, and identified the Subject Vehicle as his/her current rental car. Individual A stated that he/she had rented the Subject Vehicle on Monday, April 6, 2026, and that THORPE had taken the keys from

him/her the previous day, on Tuesday, April 7, 2026. Individual A told investigators he/she had made a 911 call and received a visit from CPD officers to his/her home on the evening of Tuesday, April 7, 2026 to discuss the Subject Vehicle, but that he/she had not yet officially reported it stolen out of concern for THORPE.

29. Additionally, as detailed above, in paragraph 20, Bank 2's security guard (Security Guard 1) told investigators that, on or about April 8, 2026, when he pursued THORPE on foot after the robbery at Bank 2, he made note that THORPE entered a burgundy Nissan sedan bearing license plate FP288000, which is the Subject Vehicle.

30. On April 8, 2026, FBI investigators and CPD officers presented photo arrays bearing images of six individuals, including THORPE, to witnesses from both bank locations.

a. At Bank 1, three bank employee witnesses reviewed the photo arrays between approximately 3:28 p.m. and 3:40 p.m., including Teller 1. Each of the three witnesses positively identified a photo of THORPE as the individual who robbed the bank on or about April 8, 2026.

b. At Bank 2, Teller 2 and Security Guard 1 reviewed the photo arrays between 6:20 p.m. and 6:38 p.m. Teller 2 positively identified a photo of THORPE as the individual who robbed the bank on or about April 8, 2026. The other witness who reviewed the photo array, Security Guard 1, made a tentative identification, identifying both the photo of THORPE and a photo of another

individual as possibly being the bank robber, but Security Guard 1 was ultimately uncertain between those two photos.

31. According to review of Illinois Secretary of State (SOS) records, the photo on THORPE's current Driver's License, which was issued in November 2025, shows that he has multiple tattoos on his face, as pictured below. As stated above, both Teller 1 (at Bank 1) and Teller 2 (at Bank 2) described THORPE as possibly having a facial tattoo or similar marking.



### *V. THORPE's Arrest in Hammond, Indiana*

32. After the robbery of Bank 2, responding officers provided the Subject Vehicle's license plate, as obtained by Bank 2's security guard, over the radio to nearby law enforcement districts. Investigators queried the license plate in License

Plate Recognition ("LPR") databases and noted that the Subject Vehicle's license plate had been recently captured, at approximately 4:00 p.m. on April 8, 2026, in northwest Indiana, just outside of Chicago. FBI investigators relayed the information about the Subject Vehicle's connection to the bank robberies to law enforcement partners in northwest Indiana, including specifically in Hammond, Indiana.

33. According to police officers with the Hammond Police Department (HPD), HPD officers located the Subject Vehicle in Hammond at approximately 4:13 p.m. on April 8, 2026 and attempted to initiate a traffic stop. The driver of the Subject Vehicle, now known to be THORPE, did not comply. A pursuit ensued, resulting in significant damage to the Subject Vehicle. At approximately 4:24 p.m., THORPE was arrested and taken into custody by HPD.

34. HPD conducted a search incident to arrest of THORPE and found that he had United States currency on his person, specifically near his pelvic area.[1] After his arrest, THORPE identified himself as MYLES THORPE.

35. FBI investigators obtained a photo of THORPE taken by HPD shortly after THORPE's arrest around 4:25 p.m., shown below on the left, in which he is wearing a bright yellow shirt with a logo on the chest, similar to the shirt worn by THORPE during the robbery of Bank 2 (which occurred approximately one hour prior), as was pictured in Bank 2's security footage image below, on the right.

---

[1] At present, the exact amount of United States currency is unknown.



**HPD Arrest**



**Bank 2 Robbery**

36. Additionally, THORPE's haircut and facial hair is consistent with his appearance in the robberies of Bank 1 and Bank 2. A still from the robbery of Bank 1 is captured below.



## CONCLUSION

37. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about April 8, 2026, MYLES THORPE, by force and violence, and by intimidation, took from the person or presence of a bank employee money belonging to, and in the care, custody, control, management, and possession of Chase Bank at 5715 N. Broadway, Chicago, Illinois 60660 (Bank 1), the deposits of which were then insured by the Federal Deposit Insurance Company, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

Maria Dill
Special Agent, Federal Bureau of
Investigation (FBI)

SWORN TO AND AFFIRMED by telephone April 10, 2026.

Honorable YOUNG B. KIM
United States Magistrate Judge